# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL ZAMBRANO,

    Plaintiff,

v.                                 No. 1:17-cv-00672-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** comes before the Court *sua sponte*, following a review of the record. Having determined that the parties have submitted their pleadings and the Commissioner has lodged the administrative record, the Court shall set a briefing schedule pursuant to D.N.M.LR-Civ. 7.4(d).

**IT IS THEREFORE ORDERED** that Plaintiff shall file and serve her motion to reverse or remand agency decision together with a supporting memorandum of law on or before **October 30, 2017**; Defendant shall file and serve her response on or before **December 1, 2017**; and Plaintiff may file and serve her reply, if any, on or before **December 15, 2017**.

**IT IS FURTHER ORDERED** that all motions, responses, replies, and supporting memoranda shall specifically cite to the administrative record for assertions of fact (*e.g.*, AR 15) and that legal propositions shall be supported by appropriate authority.

                                                        _____
                                                        KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE